# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2025 ND 118

In the Matter of Reciprocal Discipline of Anders L. Odegaard,

a Member of the Bar of the State of North Dakota

## No. 20250115

Recommendation for Reciprocal Discipline.

DISBARMENT ORDERED

**Per Curiam.**

[¶1]   On January 29, 2025, the Disciplinary Board notified the Supreme Court under N.D.R. Lawyer Discpl. 4.4(D) that it was recommending the reciprocal discipline of Anders L. Odegaard. The record reflects that the State of Minnesota issued Odegaard a disbarment based on violations of Rules 8.4(b) of the Minnesota Rules of Professional conduct for second-degree felony murder.

[¶2]   Odegaard was admitted to practice law in North Dakota on May 1, 2017, and was licensed until December 31, 2022.  Odegaard did not pay his license fee for 2023 and has not been licensed since.

[¶3]   Disciplinary Counsel served notice on Odegaard that under N.D.R. Lawyer Discipl. 4.4(B) a certified copy of the order of the Minnesota Supreme Court was received. Odegaard did not dispute the imposition of identical discipline in North Dakota. On March 25, 2025, the Disciplinary Board filed its recommendation that Odegaard be disbarred.

[¶4]   The Court considered the matter, and

[¶5]   ORDERED that Anders L. Odegaard is DISBARRED from the practice of law in North Dakota, effective upon entry of judgment in this matter.

[¶6]    IT IS FURTHER ORDERED, that Odegaard must comply with N.D.R. Lawyer Discipl. 6.3 regarding notice.

[¶7]    IT IS FURTHER ORDERED, that reinstatement is governed by N.D.R. Lawyer Discipl. 4.5.

[¶8]    Jon J. Jensen, C.J.
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte
        Douglas A. Bahr